LANSING v. MUSCATINE COUNTY. See Case No. 16,538.

LANSING (STEWART v.). See Case No. 13,432.

---

## Case No. 8,078.

LANSTRAAZ v. POWERS.

[1 Cranch, C. C. 42.] [1]

Circuit Court, District of Columbia. Oct. Term, 1801.

PRACTICE AT LAW— ACTION FOR SLANDER—WHAT NECESSARY IN AFFIDAVIT TO HOLD DEFENDANT TO BAIL.

In slander, bail is not required, if the affidavit does not state the words spoken, and that the defendant is about to leave the district.

The affidavit to hold to bail, stated that by reason of slanderous words, (without stating what words,) spoken of the plaintiff as a miller, he conceived himself greatly injured, and that he had been informed the defendant was about to leave the District of Columbia. The chief judge had indorsed appearance bail for fifty dollars.

THE COURT allowed the defendant to appear on common bail.